FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT 14 2011

JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANNON EDWARDS, | |
| Plaintiff, | |
| v. | Civil Action File No. 1:11-CV-02454-ODE |
| DRUG SERVICE CARE, INC., MARVIN LIEBER and NAAVA LIEBER, | |
| Defendants. | |

## ORDER

The Court finds that the Plaintiff Shannon Edwards ("Plaintiff") and Defendants Drug Service Care, Inc., Marvin Lieber and Naava Lieber (collectively "Defendants") having reached a Confidential Settlement Agreement and stipulate and agree to the dismissal of the civil action;

**IT IS HEREBY ORDERED THAT** the Court Approves the Confidential Settlement Agreement and General Release reached by the Parties. The proposed Joint Stipulation of Dismissal with Prejudice along with the Settlement Agreement and General Release are Confidential and shall be filed as sealed with the Clerk of Court.

SO ORDERED, this 14 day of October, 2010.

_____
HONORABLE ORINDA D. EVANS
Senior Judge, United States District Court
Northern District of Georgia
Atlanta Division

PRESENTED BY:

/s/Christopher G. Moorman
Christopher G. Moorman
Georgia Bar No. 521490
MOORMAN PIESCHEL LLC
One Midtown Plaza, Suite 1205
1360 Peachtree Street
Atlanta, GA 30309
Telephone: 404-898-1242
Facsimile: 404-898-1241
cgm@moormanpieschel.com

2